```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 10544
    JOHNNIE M DUMINIE
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-6829


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 06/12/2007 and was confirmed 11/01/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  75.00%.

      The case was dismissed after confirmation 04/17/2008.
-------------------------------------------------------------------------------
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RESCAP MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| AT & T BANKRUPCTY | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA NA | UNSECURED | 1244.01 | .00 | .00 |
| AMERICAN EXPRESS CENTURI | UNSECURED | 18178.23 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 2157.42 | .00 | .00 |
| DISCOVER FINANCIAL SERVI | UNSECURED | 20928.89 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT FIRST NA | UNSECURED | 1704.74 | .00 | .00 |
| TSYS DEBT MANAGEMENT | UNSECURED | 280.99 | .00 | .00 |
| HOUSE VALUES LLC | UNSECURED | NOT FILED | .00 | .00 |
| RESCAP MORTGAGE | NOTICE ONLY | NOT FILED | .00 | .00 |
| STEVEN O HAMILL | DEBTOR ATTY | 3,500.00 | | 3,500.00 |
| TOM VAUGHN | TRUSTEE | | | 239.32 |
| DEBTOR REFUND | REFUND | | | 10.68 |

```
      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
```

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 3,750.00 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 3,500.00 |
| TRUSTEE COMPENSATION | | 239.32 |
| DEBTOR REFUND | | 10.68 |
| | --------------- | --------------- |
| TOTALS | 3,750.00 | 3,750.00 |

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
Dated: 07/24/08                   _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE